FILED
2008 JUN 19 AM 9:47
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH CARLINO
1814 5TH AVENUE Ste 3
San Diego, CA 92101
Plaintiff

v.

Washington Mutual
Diedra Bentley, individually
~~[redacted]~~

Civil No. **08 CV 1084 JM POR**

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A. my claim is meritorious (that is, I have a good case), and

   B. I have made a reasonably diligent effort to obtain counsel, and

   C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel. **NOT APPLICABLE PER** ↗

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true? **N/A**

   ___ Yes     ___ No

ODMA\PCDOCS\WORDPERFECT\23120\1 May 27, 1999 (3:47pm)

1

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

____ Yes     ____ No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

2

4. Have you talked with any attorney about handling your claim?

   _X_ Yes    ___ No

   If "YES," give the following information about <u>each</u> attorney with whom you talked:

   Attorney: John Cariati
   When: _____
   Where: Parker Stanbury LLP, Los Angeles, CA
   How (by telephone, in person, etc.): Telephone
   Why attorney was not employed to handle your claim: WROTE DEMAND LETTER - NOT ANSWERED

   Attorney: Univ of San Diego Law School - legal clinic
   When: 6-15-2008
   Where: San Diego, CA
   How (by telephone, in person, etc.): Telephone
   Why attorney was not employed to handle your claim: doesn't accept cases from Carlino

   Attorney: San Diego Elder Law Center
   When: 6-15-2008
   Where: San Diego, CA
   How (by telephone, in person, etc.): Telephone
   Why attorney was not employed to handle your claim: couldn't help me

   (Attach additional sheets as needed)

3

5. Explain any other efforts you have made to contact an attorney to handle your claim: Entire attorneys in state California wanted cash upfront I do not have

6. Give any other information which supports your application for the court to appoint an attorney for you: I am disabled, 63 years old, live on less than $1300 per month

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: NONE - I'm too poor

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    <u>Employment</u>

Are you employed now? ___ yes  X no  ___ am self-employed

Name and address of employer:

1. If employed, how much do you earn per month? __N/A__
2. If not employed, give month and year of last employment: __N/A__
3. How much did you earn per month in your last employment? __$2000 in 1995__
4. If married, is your spouse employed? ___ yes ___ no __N/A__
5. If "YES," how much does your spouse earn per month? __N/A__
6. If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? __N/A__

B. **Assets**

(i) **Other Income**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? __X__ yes ___ no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| 1567/mo | Social Security Disability |
| before 320 mo | Spousal support |
| I net $1247 mo | |

(Attach additional sheets as necessary)

5

(ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? _X_ yes ___ no

If "YES," state total amount: _one penney in WFB + 53 cents on hand_

(iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes _X_ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |

C. <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is: ___ single ___ married _X_ widowed, separated or divorced.

Your total number of dependents is: _ME_

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| Ann Carlino | Spousal Support $320 |

6

(ii) <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: New Palace Hotel | 6 mo lease | $385 |
| Mortgage on Home: | | |
| Others: AGGREGEGATE IN EXCESS OF $10,000 CAN PROVE IF DESIRED, LIST ATTACHED TO WILL IN SAFE DEPOSIT BOX | | |

9. <u>Signature</u>

I declare under penalty of perjury that the above is true and correct.

Dated: 6-19-2008

_____
Signature

(Notarization is not required)