**PLAINTIFF/PETITIONER/MOVANT'S NAME** Joseph Carlino

**PRISON NUMBER**

**PLACE OF CONFINEMENT**

**ADDRESS** 1814 5TH Ave Ste 3
San Diego, CA 92101

FILED
2008 JUN 19 AM 9:46
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ XN17 _____ DEPUTY

# United States District Court
## Southern District Of California

Joseph Carlino
1814 5th Avenue Ste 3
San Diego, CA 92101

Plaintiff/Petitioner/Movant

v.

Washington Mutual, Piedra Bentley
~~[illegible]~~
Individually       Co— Defendant/Respondent

Civil No. **'08 CV 1084 JM POR**

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Joseph Carlino declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:

1. Are you currently incarcerated?    Yes   (No)    (If "No" go to question 2)

   If "Yes," state the place of your incarceration
   
   Are you employed at the institution?           Yes   No
   Do you receive any payment from the institution?   Yes   No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev 9/97)

ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed?   Yes   (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment         Yes   (No)
   b. Rent payments, royalties interest or dividends        Yes   (No)
   c. Pensions, annuities or life insurance                 Yes   (No)
   d. Disability or workers compensation                    Yes   (No)
   e. Social Security, disability or other welfare         (Yes)  (No)
   e. Gifts or inheritances                                (Yes)   No
   f. Spousal or child support                              Yes   (No)
   g. Any other sources                                     Yes   (No)
                                                            Yes   (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. Social Security Disability $1567/mo less court ordered spousal support $320mo - I NET $1247/mo

4. Do you have any checking account(s)?   (Yes)   No
   a. Name(s) and address(es) of bank(s): WFB, 401 B, San Diego, CA - Washington Mutual
   b. Present balance in account(s): one penney                                    less than one u.s. dollar

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   Yes   (No)
   a. Make:                  Year:           Model:
   b. Is it financed?   Yes   No
   c. If so, what is the amount owed?

CIV-67 (Rev. 4-97)

-2-

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes  (No)
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Ann Carlino, spousal support $320 month

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   Aggregate in excess $10,000, can provide support upon request. List in safe deposit box

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-19-08
DATE

_/s/ JM Carlino_
SIGNATURE OF APPLICANT